IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01686-AP

JANE DIANE GREEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Gail C. Harriss
GAIL C. HARRISS, LLC
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone:  (970) 247-4411
Fax: (970) 247-1482
gharriss@harrisslaw.com

<u>For Defendant</u>:

| | |
|---|---|
| JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCIA<br>Assistant United States Attorney<br>District of Colorado | James Lawrence Burgess<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout St., Ste. 4169<br>Denver, Colorado 80294-4003<br>(303) 844-1856<br>james.burgess@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed:     June 26, 2013

    B. Date Complaint Was Served on U.S. Attorney's Office:     July 5, 2013

    C. Date Answer and Administrative Record Were Filed:     September 3, 2013

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:** To the best of her knowledge the Record is complete.

    **Defendant states:** To the best of her knowledge, the Record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated

    **Defendant states:** None anticipated.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

    **Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

7. **OTHER MATTERS**

    **Plaintiff states:** None anticipated

    **Defendant states:** None anticipated.

    The Parties state that this case is not an appeal from a decision issued on remand from the United States District Court.

8. **BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:    October 30, 2013

    B.    Defendant's Response Brief Due:    December 5, 2013

    C.    Plaintiff's Reply Brief (If Any) Due:    December 20, 2013

**The parties have agreed to extend the due date for the Commissioner's Response Brief and the Plaintiff's Reply Brief because of the Thanksgiving holiday.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Oral Argument is not requested.

    **B. Defendant's Statement:** Oral Argument is not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 24th day of September, 2013.

                                                          BY THE COURT:

                                                           <u>*s/John L. Kane*</u>_____
                                                           U.S. DISTRICT COURT JUDGE

Case 1:13-cv-01686-JLK   Document 12   Filed 09/24/13   USDC Colorado   Page 4 of 4

APPROVED:

For Plaintiff:
  **s/Gail C. Harriss**
Gail C. Harriss
GAIL C. HARRISS, LLC
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone:  (970) 247-4411
Fax: (970) 247-1482
gharriss@harrisslaw.com

For Defendant:

By:  **s/ James L. Burgess**
James Lawrence Burgess
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout St., Ste. 4169
Denver, Colorado 80294-4003
(303) 844-1856
james.burgess@ssa.gov